11-CR-4103-H

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

----------------------------

EX PARTE

DANIEL GARCIA

TDCJ#1781971

----------------------------

TRIAL COURT: 347th DISTRICT COURT
NUECES COUNTY, TEXAS

APPEALS COURT: THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI-EDINBURG

----------------------------

ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

Comes Now, Daniel Garcia,TDCJ#1781971,relator,pro-se in the above styled and numbered cause of action and files this Original Application For Writ Of Mandamus, pursuant to the Rules of Appellate Procedure, rule 38.7 amendment or Supplication, and would show the court the following.

I.

Relator

1.01 Daniel Garcia,TDCJ#1781971 is an Offender incarcerated in the Hughes Unit,Route 2 box 4400, Gatesville, Texas, Coryell County, Texas 76597.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

P.1

1.02 Relator has exhausted his remedies and has no other adequate remedy at law.

1.03 The act sought to be compelled is ministrial, not discretionary in nature T.C.C.P. art.2.21,Duty of Clerks requires the respondent to immediately transmit to the Court any motions filed under T.C.C.P. 2.21(a)(1). Had such documents been transmitted to the Court by respodent as required by respondent as required by statute, relator would have recieved notice from the Court.

## II.

Respondent,

2.01 Respondent, Anne Lorentzen, in her capacity as District Clerk of Nueces County, Texas. Has a ministrial duty to recieve and file all papers in a Criminal Proceeding, and to perform all other duties imposed on the clerk by law prsuant to T.C.C.P. ART. 2.21, and to transmit to the court, any motions, answers filed, and a certificate reciting the date upon which that finding was made by the convicting court. Anne Lorentzen, District Clerk, Nueces County may be served at her place of business at 901 Leopard Street,room 313, Corpus Christi, Texas 78401.

## III.

VIOLATION OF ARTICLE 2,21 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

3.01 The respondent violated Article 2.21 of the Texas Code of Criminal Procedure by failing to present to the court Motion

P.2

For Leave To Amend Applicant's Application For Writ Of Habeas Corpus. A certificate reciting the date upon which that finding was made by the court within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

3.02 Request for the Motion For Leave To Amend Applicant's Application For Writ Of Habeas Corpus, any answers filed, and a certificate reciting the date upon which that finding was made,

3.03 To date, relator has recieved no response from his motion filed in this action.

3.04 As is clear from relator's motion he wishes to have a hearing on his motion, any answers filed, and a copy of the certificate reciting the date upon which that finding was made by the court.

3.05 Article 2.21(a)(1) clearly states "in a criminal proceeding, a clerk of the District or County shall: recieve and file all papers[emphasis added]" failure to present relator's motion to the court violates the T.C.C.P. 2.21(a)(1) and also State law as cited in State ex rel Rodriguez v. Marquez,4 S.W.3d 227(Tex.Crim.App.1999)-to obtain relief from this court, a relator must show:(1) a "clear" right to relief usually when the judicial conduct in question violates a "ministerial" duty, and (2) no adequate remedy at law to redress the alleged

P.3

harm.see Buntion v. Harmon,827 S.W.2d 945,947(Tex.Cr.App. 1992). Respondent is in violation of this procedure, ministerial duties, and thus the law of the State.

IV.

Prayer for Relief

WHEREFORE, PREMISES CONSIDERED, Relator Daniel Garcia,pro-se, respectfully request a finding that respondent did not present his Motion to the Court within a reasonable time after the date they were presented and that relator brought this litigation in good faith and has substantially prevailed. Relator prays for an order directing respondent to present his motion to the court,any answers filed, and a certificate reciting the date upon which that finding was made to the court as directed in T.C.C.P. 2.21(a)(1) and as requested in relator's affidavit.

RESPECTFULLY SUBMITTED,

Relator

Affidavit

I, Daniel Garcia, do hereby swear that the foregoing statements are true and correct to the best of my knowledge under penalty of perjury. Executed on this the 6th day of December,2015

Daniel Garcia, Relator pro-se
TDCJ#1781971
Hughes Unit
Route 2 Box 4400
Gatesville,Texas 76597

P.4

## Certificate of Service

I, Hereby certify that a true and correct copy of the above Application For Writ Of Mandamus was sent to the District Attorney for Nueces County by placing a copy in the U.S.Mail addressed to the Nueces County District Attorney's Office on this 6th day of December,2015.

_____
Relator

ORDER

On this day, came to be heard the foregoing relator's Application For Writ Of Mandamus and in the interest of justice it appears to the court that the same should be:

_____Granted

It is ordered therefore that the District Clerk shall immediatelly transmit to the court the Relator's Motion For Leave To Amend Applicant's Application For Writ Of Habeas Corpus, any answers filed, and a certificate reciting the date upon which that transmittal was made.

Signed on this the_____day of_____,2015

_____
Judge Presiding